UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **DAVID LUTES,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**STOCK YARDS BANK & TRUST CO.,**<br><br>        **Defendant.** | **CIVIL ACTION NO. 5:22-53-KKC**<br><br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Stock Yards Bank & Trust Company's motion at (DE 6) is GRANTED as to the motion to dismiss and DENIED AS MOOT as to the motion for summary judgment.

2) This Judgment is FINAL and APPEALABLE; and

3) This matter is STRICKEN from the Court's active docket.

This 6th day of February, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY